# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00248-MR-DLH

| | |
|---|---|
| CATHERINE McKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| CREDIT MANAGEMENT, LP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 26, 2013, the Plaintiff filed this action against the Defendant Credit Management, LP. [Doc. 1]. On November 4, 2013, the Plaintiff filed an Affidavit of Service, indicating that the Defendant was served on October 25, 2013. [Doc. 4]. On November 14, 2013, the Plaintiff filed an Agreed Motion for Extension of Time for Defendant to Answer, requesting an extension of time until December 2, 2013 for the Defendant to answer or otherwise respond to the Plaintiff's Complaint. [Doc. 5]. The Court granted the Plaintiff's Motion on November 19, 2013. [Doc. 6]. To date, however, the Defendant has not made an appearance or

otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant. The Plaintiff is advised that failure to take further action within the time prescribed will result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: February 5, 2014

Martin Reidinger
United States District Judge